**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6002**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CLARENCE LEE BASSETT, JR., a/k/a Junie,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Robert G. Doumar, Senior District Judge.  (4:03-cr-00069-RGD-TEM-1)

Submitted:  June 22, 2009          Decided:  June 29, 2009

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clarence Lee Bassett, Jr., Appellant Pro Se. Lisa Rae McKeel, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Bassett, Jr., appeals the district court's order denying his motion for a judicial inquiry and seeking an evidentiary hearing on the Government's refusal to file a Fed. R. Crim. P. 35 motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Bassett</u>, No. 4:03-cr-00069-RGD-TEM-1 (E.D. Va. Dec. 5, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>